IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE KING,

      Plaintiff,                      No. CIV S-10-3313 DAD P

    vs.

R. SORENSON,                    <u>ORDER FOR PAYMENT</u>

      Defendant.              <u>OF INMATE FILING FEE</u>

_____/

To: The Warden of the Tallahatchie County Correctional Facility, Attention: Inmate Trust Account, 415 U.S. Highway 49 North, Tutwiler, Mississippi 38963:

        Plaintiff, an inmate at the Tallahatchie County Correctional Facility, proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Warden of the Tallahatchie County Correctional Facility is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

/////

/////

1

1  Good cause appearing therefore, IT IS HEREBY ORDERED that:

2  1. The Warden of the Tallahatchie County Correctional Facility or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

2. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Warden of Tallahatchie County Correctional Facility, Attention: Inmate Trust Account, 415 U.S. Highway 49 North, Tutwiler, Mississippi 38963.

3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: January 4, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
king3313.cdc